THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TONY MC-CLAIN, Defendant-Appellant.

(No. 74-179; ■■■■■■■■■■■■)

Third District—June 11, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Michael M. Mihm, State's Attorney, of Peoria, for the People.